# EXHIBIT D

**U.S. Patent No. 9,505,343 v. Lucid Group, Inc.**

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A control system for a vehicle, the control system comprising: | Lucid Group, Inc. ("Lucid") makes, uses, imports, sells, and/or offers to sell a control system for a vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Lucid provides DreamDrive Pro, an advanced driver-assistance system (ADAS) in its Lucid Air and Lucid Gravity vehicle models. DreamDrive Pro includes functionalities such as Hands-Free Drive Assist and Hands-Free Lane Change Assist. While Hands-Free Drive Assist is enabled, when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards, Hands-Free Lane Change Assist is activated. Upon activation, when traffic conditions are appropriate, DreamDrive Pro automatically steers the vehicle ("a control system for a vehicle") to perform a lane change maneuver.<br><br><table><tr><td>DreamDrive Pro</td><td>• Lucid Air's most advanced ADAS level with semi-autonomous driving features<br>• This is an optional feature</td><td>All the features included in DreamDrive Premium, plus Hands-Free Drive Assist, Lucid's Level 2 ADAS feature, Hands-Free Lane Change Assist, and Curb Rash Alert.</td></tr></table><br>Source: https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference<br><br>NEWARK, Calif., July 15, 2025 /PRNewswire/ -- Lucid Group, Inc. (NASDAQ: LCID), maker of the world's most advanced electric vehicles, today announced a major update to its DreamDrive® Pro suite of Advanced Driver Assistance Systems (ADAS) to deliver Hands-Free Drive Assist and Hands-Free Lane Change Assist[1] to its award-winning lineup of electric vehicles. These and other vehicle enhancements will be available as an over-the-air (OTA) update for Lucid Air owners, scheduled for July 30, and for Lucid Gravity owners later this year.<br><br>Source: https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change |

2

This marks a significant enhancement to Lucid's DreamDrive Pro system and another step to advance the company's technology roadmap overall. Lucid is significantly investing in advancing its ADAS and autonomous driving (AD) offerings as it further builds upon the capabilities of its DreamDrive Pro hardware and its in-house software stack.

The updates to DreamDrive Pro will allow customers to experience easy to use and intuitive hands-free driving and hands-free lane changes (with driver activation of the turn signal stalk) on compatible divided highways.

"The addition of these features to Lucid's DreamDrive Pro offers a glimpse into the future that Lucid is building with the impressive capabilities of our software-defined vehicles," said Kai Stepper, Vice President of ADAS and AD at Lucid. "With our in-house software stack, a comprehensive suite of 32 sensors, and regular OTA updates, we have a roadmap to continue to deliver significantly more functionality to our owners in the future."

DreamDrive Pro is an optional upgrade for Lucid vehicles featuring LiDAR, radar, visible-light cameras, surround-view cameras, and ultrasonic sensors.

Source:     https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change

3



Source: https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference (annotated)

## Lane Change Assist Overview

Lane Change Assist (LCA) allows you to change lanes automatically while continuously monitoring the surrounding traffic conditions.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 133

### Activating LCA

Either tap or tap and briefly hold the turn indicator (depending on your chosen option in DreamDrive settings) to activate LCA during Drive Assist.

> ✎ NOTE: You can now customize the duration of holding the turn indicator to activate LCA from within the DreamDrive settings. The default is "Long Activation."

After LCA is initiated, based on availability, the center cockpit panel displays an empty spot in the adjacent lane to allow you to change lanes.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134

**LCA States**

LCA availability is indicated on the cockpit panel by dotted lines adjacent to your vehicle, while LCA unavailability is shown by a solid line.

No LCA Available

LCA Ready
(Specific to lane)

1. **After initiating LCA**, the vehicle will look for an available spot in the adjacent lane.

   o If a vehicle in the target lane prevents the lane change, it will be highlighted in red on the cockpit panel.

      ✏ *NOTE:* LCA will be canceled after some time while consistently looking for a space to switch lanes when traffic is in the adjacent target lane.

2. **While LCA is in progress**, the cockpit panel will show chevrons moving towards the target lane.

3. **After LCA is complete**, your vehicle is in the target lane, and lane lines are highlighted on both sides of the lane on the cockpit panel. The turn signals are automatically turned off.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134

6

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid. |
|---|---|
| [1.1] an automatic control for controlling an operation of the vehicle; and | Lucid provides the control system comprising, an automatic control for controlling an operation of the vehicle. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, while the Hands-Free Lane Change Assist (LCA) functionality is activated, when the driver taps the turn signal lever upward or downward to indicate an intent to initiate a lane change maneuver ("an operation of the vehicle"), DreamDrive Pro automatically controls the steering of the vehicle ("an automatic control") to perform the desired lane change maneuver when the system determines that traffic conditions are appropriate. |

7



Source:    https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid.

8

| [1.2] a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | Lucid provides the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Lucid's vehicle models equipped with DreamDrive Pro include a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, with a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to tap the turn signal lever upward or downward to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>Further, when the driver selectively operates the turn signal lever by tapping upwards or downwards or briefly holding the lever to actuate the Hands-Free Lane Change Assist (LCA) functionality ("the lever is selectively operable to turn the automatic control from an off state to on state), the DreamDrive Pro evaluates surrounding road and traffic conditions and automatically controls steering of the vehicle to execute the lane change maneuver when the conditions are determined to be appropriate. |

9

Turn Signals



The turn signals are activated by moving the left steering column lever down to operate the left turn signals, or up to operate the right turn signals. The turn

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 98 (annotated)

10

**Activating LCA**

Either tap or tap and briefly hold the turn indicator (depending on your chosen option in DreamDrive settings) to activate LCA during Drive Assist.

the lever is selectively operable to turn the automatic control from an off state to an on state

✎ NOTE: You can now customize the duration of holding the turn indicator to activate LCA from within the DreamDrive settings. The default is "Long Activation."

After LCA is initiated, based on availability, the center cockpit panel displays an empty spot in the adjacent lane to allow you to change lanes.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid.

| [1.3] wherein when the automatic control is in the off state, manual control is required for the operation | Lucid provides the control system, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the driver activates the Hands-Free Lane Change Assist (LCA) functionality ("when the automatic control is in the on state") by tapping or briefly holding the turn signal lever, DreamDrive Pro automatically controls the steering wheel ("the automatic control is configured to control the operation of the vehicle on behalf of a driver of the |

11

| | |
|---|---|
| of the vehicle; and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle. | vehicle") and performs the lane-change maneuver on behalf of the driver when the system detects appropriate traffic and road conditions.<br><br>Further, after the Hands-Free Lane Change Assist initiates the maneuver and before the vehicle reaches the lane marker, the driver may override or cancel the automatic control by moving the turn signal in the same or opposite direction of the intended lane change, by initiating steering override, by pressing the brake, or by pressing Cancel or DreamDrive Pro button on the steering wheel ("when the automatic control is in the off state"). After the LCA is cancelled, the driver manually controls steering and lane-change operations ("manual control is required for the operation of the vehicle").<br><br>**Activating LCA**<br><br>Either tap or tap and briefly hold the turn indicator (depending on your chosen option in DreamDrive settings) to activate LCA during Drive Assist. <span style="color:red">when the automatic control is in the on state</span><br><br> NOTE: You can now customize the duration of holding the turn indicator to activate LCA from within the DreamDrive settings. The default is "Long Activation."<br><br>After LCA is initiated, based on availability, the center cockpit panel displays an empty spot in the adjacent lane to allow you to change lanes.<br><br>Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134 (annotated) |

12



Source:    https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference (annotated)

**Canceling LCA**

You can cancel the lane change by moving the turn signal in the same or opposite direction of the intended lane change after LCA is initiated and before the vehicle has reached the lane marker.

You can cancel a lane change at any point during the lane change by initiating steering override, pressing the brake, or by pressing **Cancel** or **DreamDrive** on the steering wheel.

✎ *NOTE:* At the time of initiating a lane change, you can press the accelerator pedal without canceling LCA. Pressing the accelerator pedal while the lane change is in progress will cancel the lane change.

when the automatic control is in the off state, manual control is required for the operation of the vehicle

✎ *NOTE:* Pressing the brake pedal, **Cancel**, or **DreamDrive** on the steering wheel will turn off Drive Assist.

✎ *NOTE:* A takeover warning will be displayed if you cancel an in-progress LCA maneuver due to unforeseen circumstances and cannot return to your primary lane.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 135 (annotated)

14

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid. |

15

## 2. List of References

1. https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, last accessed on 18th May 2026.
2. https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference, last accessed on 18th May 2026.
3. https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive, last accessed on 18th May 2026.
4. https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf, last accessed on 18th May 2026.
5. https://ir.lucidmotors.com/news-releases/news-release-details/lucid-intends-deliver-first-level-4-autonomous-evs-consumers, last accessed on 18th May 2026.
6. https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change, last accessed on 18th May 2026.