# EXHIBIT E

**U.S. Patent No. 10,046,696 v. Lucid Group, Inc.**

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] An apparatus for use in a car, comprising: | Lucid Group, Inc. ("Lucid") makes, uses, imports, sells, and/or offers to sell an apparatus for use in a car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Lucid provides DreamDrive Pro, an advanced driver-assistance system (ADAS) in its Lucid Air and Lucid Gravity vehicle models. DreamDrive Pro includes functionalities such as Hands-Free Drive Assist and Hands-Free Lane Change Assist. While Hands-Free Drive Assist is enabled, when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards, Hands-Free Lane Change Assist is activated. Upon activation, DreamDrive Pro automatically steers the vehicle ("a control system for a vehicle") to perform a lane change maneuver when traffic conditions are determined to be appropriate using integrated sensors and cameras. Therefore, DreamDrive Pro, in coordination with integrated sensors and cameras, operates as an integrated apparatus for controlling vehicle operations ("for use in a car"), including automatic lane change maneuvering.<br><br>DreamDrive Pro     • Lucid Air's most advanced ADAS level with semi-autonomous driving features     • This is an optional feature     All the features included in DreamDrive Premium, plus Hands-Free Drive Assist, Lucid's Level 2 ADAS feature, Hands-Free Lane Change Assist, and Curb Rash Alert.<br><br>Source: https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference<br><br>NEWARK, Calif., July 15, 2025 /PRNewswire/ -- Lucid Group, Inc. (NASDAQ: LCID), maker of the world's most advanced electric vehicles, today announced a major update to its DreamDrive® Pro suite of Advanced Driver Assistance Systems (ADAS) to deliver Hands-Free Drive Assist and Hands-Free Lane Change Assist[1] to its award-winning lineup of electric vehicles. These and other vehicle enhancements will be available as an over-the-air (OTA) update for Lucid Air owners, scheduled for July 30, and for Lucid Gravity owners later this year. |

2

Source:     https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change

This marks a significant enhancement to Lucid's DreamDrive Pro system and another step to advance the company's technology roadmap overall. Lucid is significantly investing in advancing its ADAS and autonomous driving (AD) offerings as it further builds upon the capabilities of its DreamDrive Pro hardware and its in-house software stack.

The updates to DreamDrive Pro will allow customers to experience easy to use and intuitive hands-free driving and hands-free lane changes (with driver activation of the turn signal stalk) on compatible divided highways.

"The addition of these features to Lucid's DreamDrive Pro offers a glimpse into the future that Lucid is building with the impressive capabilities of our software-defined vehicles," said Kai Stepper, Vice President of ADAS and AD at Lucid. "With our in-house software stack, a comprehensive suite of 32 sensors, and regular OTA updates, we have a roadmap to continue to deliver significantly more functionality to our owners in the future."

DreamDrive Pro is an optional upgrade for Lucid vehicles featuring LiDAR, radar, visible-light cameras, surround-view cameras, and ultrasonic sensors.

Source:     https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change

3



Source: https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference

**Lane Change Assist Overview**

Lane Change Assist (LCA) allows you to change lanes automatically while continuously monitoring the surrounding traffic conditions.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 133

**Activating LCA**

Either tap or tap and briefly hold the turn indicator (depending on your chosen option in DreamDrive settings) to activate LCA during Drive Assist.

 NOTE: You can now customize the duration of holding the turn indicator to activate LCA from within the DreamDrive settings. The default is "Long Activation."

After LCA is initiated, based on availability, the center cockpit panel displays an empty spot in the adjacent lane to allow you to change lanes.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134

5

**LCA States**

LCA availability is indicated on the cockpit panel by dotted lines adjacent to your vehicle, while LCA unavailability is shown by a solid line.

No LCA Available

LCA Ready
(Specific to lane)

1. **After initiating LCA**, the vehicle will look for an available spot in the adjacent lane.

   o If a vehicle in the target lane prevents the lane change, it will be highlighted in red on the cockpit panel.

      ✎ *NOTE:* LCA will be canceled after some time while consistently looking for a space to switch lanes when traffic is in the adjacent target lane.

2. **While LCA is in progress**, the cockpit panel will show chevrons moving towards the target lane.

3. **After LCA is complete**, your vehicle is in the target lane, and lane lines are highlighted on both sides of the lane on the cockpit panel. The turn signals are automatically turned off.

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 134

6

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid. |
| [1.1] an input configured to receive data from a sensor | Lucid provides an apparatus for use in a car, comprising an input configured to receive data from a sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DreamDrive Pro uses advanced electronic control units (ECUs) to continuously monitor and evaluate the vehicle and its surrounding environment ("input configured to receive data") using integrated sensors and cameras, including surrounding view cameras, front cameras, LiDAR sensors, short-range and long-range radar, and ultrasonic sensors.<br><br>This marks a significant enhancement to Lucid's DreamDrive Pro system and another step to advance the company's technology roadmap overall. Lucid is significantly investing in advancing its ADAS and autonomous driving (AD) offerings as it further builds upon the capabilities of its DreamDrive Pro hardware and its in-house software stack.<br><br>The updates to DreamDrive Pro will allow customers to experience easy to use and intuitive hands-free driving and hands-free lane changes (with driver activation of the turn signal stalk) on compatible divided highways.<br><br>"The addition of these features to Lucid's DreamDrive Pro offers a glimpse into the future that Lucid is building with the impressive capabilities of our software-defined vehicles," said Kai Stepper, Vice President of ADAS and AD at Lucid. "With our in-house software stack, a comprehensive suite of 32 sensors, and regular OTA updates, we have a roadmap to continue to deliver significantly more functionality to our owners in the future."<br><br>DreamDrive Pro is an optional upgrade for Lucid vehicles featuring LiDAR, radar, visible-light cameras, surround-view cameras, and ultrasonic sensors.<br><br>Source: https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change |

7

Lucid Air is an advanced connected vehicle equipped with a host of advanced electronic control units (ECUs), each responsible for a specific set of features. The features span domains, including controls, safety, Infotainment, chassis, DreamDrive, telematics, etc., contribute to the functionality, performance, safety, and security of the vehicle.

In the process of its operation, each ECU monitors a set of sensors and controls a set of actuators depending on the role of the ECU. As a result, each ECU generates and collects data about the operational state, performance, anomalies, environment conditions, battery and charging-related information, speed, direction, location, etc. The collected data are transmitted

an input configured to receive data from a sensor

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 313 (annotated)

8



Source: https://www.youtube.com/watch?v=wwR2OY7lvGo, at 2:01

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid.

| [1.2] a processor configured to perform a statistical analysis | Lucid provides an apparatus for use in a car, comprising a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

9

| | |
|---|---|
| using the data to determine a control parameter for controlling a function of the car; and | For example, Lucid Air vehicles are equipped with advanced electronic control units (ECUs) ("processor") that execute various vehicle functionalities, including controls, safety, infotainment, chassis operations, DreamDrive Pro, and telematics. The ECUs receive information regarding the vehicle and its surrounding environment from integrated sensors and cameras, including surrounding view cameras, front cameras, LiDAR sensors, short-range and long-range radar, and ultrasonic sensors. The DreamDrive Pro system uses the received information to identify suitable traffic and road conditions and, upon determining suitable conditions ("perform a statistical analysis using the data") and detecting the driver's intent to change lanes by tapping upward or downward, or by tapping and briefly holding the turn signal lever, automatically steers the vehicle to execute the lane change maneuver ("for controlling a function of the car") by steering ("to determine a control parameter") the steering wheel in the intended lane-change direction. |

Lucid Air is an advanced connected vehicle equipped with a host of advanced electronic control units (ECUs), each responsible for a specific set of features. The features span domains, including controls, safety, Infotainment, chassis, DreamDrive, telematics, etc., contribute to the functionality, performance, safety, and security of the vehicle.

processor

In the process of its operation, each ECU monitors a set of sensors and controls a set of actuators depending on the role of the ECU. As a result, each ECU generates and collects data about the operational state, performance, anomalies, environment conditions, battery and charging-related information, speed, direction, location, etc. The collected data are transmitted

statistical analysis using the data

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 313 (annotated)

11



Source: https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference (annotated)

| | |
|---|---|
| | **Lane Change Assist Overview**<br><br>Lane Change Assist (LCA) allows you to change lanes automatically while continuously monitoring the surrounding traffic conditions.<br><br>perform a statistical analysis using the data to determine a control parameter for controlling a function of the car<br><br>Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 133 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid. |
| [1.3] an output for providing the control parameter for controlling the function of the car; | Lucid provides an apparatus for use in a car comprising an output for providing the control parameter for controlling the function of the car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while the Hands-Free Lane Change Assist functionality is activated, DreamDrive Pro evaluates suitable traffic and road conditions using integrated cameras and sensors and upon determining suitable conditions, it performs and executes a lane change maneuver ("controlling the function of the car") by maneuvering the steering wheel of the vehicle ("an output for providing the control parameter") in the direction of the intended lane. |

13



Source:     https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Lucid.

| [1.4] wherein the processor has machine | Lucid provides a processor wherein the processor has machine learning capability. |
|---|---|

14

| learning capability | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DreamDrive Pro uses advanced electronic control units (ECUs) ("processor") in combination with integrated sensors, cameras, LiDAR, radar, and ultrasonic sensors to continuously monitor and evaluate vehicle and surrounding environmental conditions for performing automated driving operations, including automatic lane change maneuvers. Further, the DreamDrive Pro incorporates artificial intelligence-based processing ("machine learning capability") to support decision-making related to vehicle dynamics and vehicle control during driving operations. |

15

Lucid Air is an advanced connected vehicle equipped with a host of advanced electronic control units (ECUs), each responsible for a specific set of features. The features span domains, including controls, safety, Infotainment, chassis, DreamDrive, telematics, etc., contribute to the functionality, performance, safety, and security of the vehicle.

processor

In the process of its operation, each ECU monitors a set of sensors and controls a set of actuators depending on the role of the ECU. As a result, each ECU generates and collects data about the operational state, performance, anomalies, environment conditions, battery and charging-related information, speed, direction, location, etc. The collected data are transmitted

Source: https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, page 313 (annotated)

16

This marks a significant enhancement to Lucid's DreamDrive Pro system and another step to advance the company's technology roadmap overall. Lucid is significantly investing in advancing its ADAS and autonomous driving (AD) offerings as it further builds upon the capabilities of its DreamDrive Pro hardware and its in-house software stack.

The updates to DreamDrive Pro will allow customers to experience easy to use and intuitive hands-free driving and hands-free lane changes (with driver activation of the turn signal stalk) on compatible divided highways.

"The addition of these features to Lucid's DreamDrive Pro offers a glimpse into the future that Lucid is building with the impressive capabilities of our software-defined vehicles," said Kai Stepper, Vice President of ADAS and AD at Lucid. "With our in-house software stack, a comprehensive suite of 32 sensors, and regular OTA updates, we have a roadmap to continue to deliver significantly more functionality to our owners in the future."

DreamDrive Pro is an optional upgrade for Lucid vehicles featuring LiDAR, radar, visible-light cameras, surround-view cameras, and ultrasonic sensors.

Source: https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change

"Our vision is clear: to build the best vehicles on the market," said Marc Winterhoff, Interim CEO of Lucid. "We've already set the benchmark in core EV attributes with proprietary technology that results in unmatched range, efficiency, space, performance, and handling. Now, we're taking the next step by combining cutting-edge AI with Lucid's engineering excellence to deliver the smartest and safest autonomous vehicles on the road. Partnering with NVIDIA, we're proud to continue powering American innovation leadership in the global quest for autonomous mobility." machine learning capability

Source: https://ir.lucidmotors.com/news-releases/news-release-details/lucid-intends-deliver-first-level-4-autonomous-evs-consumers (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Lucid.

17

## 2. List of References

1. https://lucidmotors.com/media/document/OM_Air_enUS_v35.pdf, last accessed on 18th May 2026.
2. https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive#dreamdrive-levels-whats-the-difference, last accessed on 18th May 2026.
3. https://lucidmotors.com/knowledge/vehicles/air/lucid-air-in-depth/dreamdrive, last accessed on 18th May 2026.
4. https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf, last accessed on 18th May 2026.
5. https://ir.lucidmotors.com/news-releases/news-release-details/lucid-intends-deliver-first-level-4-autonomous-evs-consumers, last accessed on 18th May 2026.
6. https://ir.lucidmotors.com/news-releases/news-release-details/lucid-adds-hands-free-drive-assist-and-hands-free-lane-change, last accessed on 18th May 2026.