**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WYOMING TECHNOLOGY LICENSING, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00505-JRG-RSP |
| | § | |
| LUCID GROUP, INC., | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for a 30-Day Stay of All Pending Deadlines and Notice of Resolution. **Dkt. No. 12.** Having considered the Motion, and noting its unopposed nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that all pending motions, actions, and deadlines are **STAYED** until October 26, 2026, by which date appropriate dismissal papers shall be filed.

**SIGNED this 27th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE